# DENIED
## BY ORDER OF THE COURT

*The Court will not vacate dates until counsel can represent that they have an enforceable settlement*

3/26/2021

*[signature: John F. Walter]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER, | Case No.: 2:21-CV-01603-JFW-JEMx |
| Plaintiff, | **ORDER** |
| v. | |
| LAUREL/OXNARD, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendant. | |

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: _____          _____
                                HONORABLE JOHN F. WALTER
                                United States District Judge